# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Baverman, Alan J. | 2. Court or Organization<br><br>Northern District of Georgia | 3. Date of Report<br><br>12/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

1885 US Courthouse
75 Spring Street, SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Self-employed real estate broker-agent |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Flagstar Bank | Mortgage on Rental Property # 2 | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCT Fid SEP IRA 090 | | | | | | | | | |
| 2. | -Fid Govt MM (SPAXX) | A | Dividend | K | T | | | | | |
| 3. | -GEMoney Bank Salt Lake City UT S7 | A | Interest | J | T | | | | | |
| 4. | -GEMoney Bank Salt Lake City UT T5 | A | Interest | J | T | | | | | |
| 5. | -GEMoney Bank Salt Lake City UT U2 | A | Interest | J | T | | | | | |
| 6. | -Barckays BK DEL CD (8/19) | | None | L | T | Buy | 08/20/14 | L | | |
| 7. | -FirstBank P R Santruce CD (11/17) | A | Interest | K | T | Buy | 08/20/14 | K | | |
| 8. | -GE CAP Bk Retail CD (8/18) | A | Interest | K | T | Buy | 08/20/14 | K | | |
| 9. | -Ally Bank CD (8/16) | | None | K | T | Buy | 08/21/14 | K | | |
| 10. | -Dreyfus Funds Standish GL Fixed Inc | A | Dividend | K | T | | | | | |
| 11. | -Manning & Napier Pro Blend Conserv Term Ser | A | Dividend | J | T | | | | | |
| 12. | -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | | | | | |
| 13. | -PIMCO Low Dur Inst | A | Dividend | | | Sold | 09/11/14 | J | | |
| 14. | -PIMCO Foreign Inst SHS | A | Dividend | J | T | | | | | |
| 15. | -Israel ST $BD 7TH JU | A | Interest | K | T | | | | | |
| 16. | -Fidelity MSCI Health Care Index ETF | A | Dividend | J | T | | | | | |
| 17. | -Fidelity Select Health Care Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 01/31/14 | J | | |
| 19. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 04/15/14 | J | | |
| 20. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 05/14/14 | J | | |
| 21. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 06/16/14 | J | | |
| 22. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 07/15/14 | J | | |
| 23. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 08/14/14 | J | | |
| 24. -Fidelity Select Health Care Index | | | | | Buy (add'l) | 09/16/14 | J | | |
| 25. -Fidelity Select Pharmaceuticals Index | A | Distribution | J | T | | | | | |
| 26. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 01/31/14 | J | | |
| 27. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 04/15/14 | J | | |
| 28. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 05/14/14 | J | | |
| 29. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 06/16/14 | J | | |
| 30. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 07/15/14 | J | | |
| 31. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 08/14/14 | J | | |
| 32. -Fidelity Select Pharmaceuticals Index | | | | | Buy (add'l) | 09/16/14 | J | | |
| 33. -Fidelity Select Biotechology Index | A | Distribution | J | T | | | | | |
| 34. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 04/15/14 | J | | |
| 36. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 05/14/14 | J | | |
| 37. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 06/16/14 | J | | |
| 38. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 07/15/14 | J | | |
| 39. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 08/14/14 | J | | |
| 40. -Fidelity Select Biotechology Index | | | | | Buy (add'l) | 09/16/14 | J | | |
| 41. -IShares TR JPMorgan USD Emerging Mkts Bd Fd | A | Dividend | J | T | | | | | |
| 42. -IShares TR Dow Jones US RE Index FD | A | Dividend | J | T | | | | | |
| 43. --IShares Core S&P Total US St Mkt ETF | A | Dividend | J | T | Buy | 08/07/14 | J | | |
| 44. BROKERAGE ACCT Fid IRA 350 | | | | | | | | | |
| 45. -Fidelity Govt MM (was Feder. Prime Obligations Trust Sh) | A | Dividend | M | T | | | | | |
| 46. -BMW BK N. Am. Utah | A | Interest | J | T | | | | | |
| 47. -Union Bank CD | A | Interest | K | T | | | | | |
| 48. -IShares Barclays US Agg BD FD (now IShares Core Total US BD Mkt ETF | A | Dividend | J | T | | | | | |
| 49. -Janus Short Term Bond Fund Class T | A | Dividend | K | T | | | | | |
| 50. -PIMCO Inv Gr Corp Bond Instl | A | Dividend | J | T | | | | | |
| 51. -PIMCO Low Dur Inst | A | Dividend | | | Sold | 09/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -PIMCO Foreign Inst SHS | A | Dividend | J | T | | | | | |
| 53. -Fidelity Select Materials Portfolio | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 54. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 02/04/14 | J | | |
| 55. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 03/20/14 | J | | |
| 56. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 04/22/14 | J | | |
| 57. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 05/19/14 | J | | |
| 58. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 06/20/14 | J | | |
| 59. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 07/22/14 | J | | |
| 60. -Fidelity Select Materials Portfolio | | | | | Buy (add'l) | 08/20/14 | J | | |
| 61. -Fidelity Select Software & Computer | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 62. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 02/04/14 | J | | |
| 63. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 03/20/14 | J | | |
| 64. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 04/22/14 | J | | |
| 65. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 05/19/14 | J | | |
| 66. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 06/20/14 | J | | |
| 67. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 07/22/14 | J | | |
| 68. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 08/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Select Software & Computer | | | | | Buy (add'l) | 08/20/14 | J | | |
| 70. -Fidelity Select Chemicals | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 71. -Fidelity Select Chemicals | | | | | Buy (add'l) | 02/04/14 | J | | |
| 72. -Fidelity Select Chemicals | | | | | Buy (add'l) | 03/20/14 | J | | |
| 73. -Fidelity Select Chemicals | | | | | Buy (add'l) | 04/22/14 | J | | |
| 74. -Fidelity Select Chemicals | | | | | Buy (add'l) | 05/19/14 | J | | |
| 75. -Fidelity Select Chemicals | | | | | Buy (add'l) | 06/20/14 | J | | |
| 76. -Fidelity Select Chemicals | | | | | Buy (add'l) | 07/22/14 | J | | |
| 77. -Fidelity Select Chemicals | | | | | Buy (add'l) | 08/20/14 | J | | |
| 78. -Israel ST $8D JUB 05/19 | A | Interest | K | T | Buy | 05/19/14 | K | | |
| 79. -Vanguard Sector Index FDS Vanguard Utils Viper | A | Dividend | K | T | Buy | 07/22/14 | J | | |
| 80. -Vanguard Sector Index FDS Vanguard Utils Viper | | | | | Buy (add'l) | 08/07/14 | J | | |
| 81. -Vanguard Sector Index FDS Vanguard Utils Viper | | | | | Buy (add'l) | 08/11/14 | J | | |
| 82. BROKERAGE ACCT Fid X19 | | | | | | | | | |
| 83. -Cash Acct (Fedlity) | A | Interest | J | T | Distributed (part) | 04/11/14 | J | | |
| 84. -Cash Acct (Fidelity) | | | | | Distributed (part) | 09/10/14 | K | | |
| 85. RENTAL PROPERTY | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -# 1 _____ . (2014 Assessment: $159,500) | E | Rent | M | S | | | | | |
| 87. -#2 _____ . (2014 Assessment: $129,000) | D | Rent | M | S | | | | | |
| 88. FAMILY S CORPORATION (F1) | C | Distribution | O | T | | | | | |
| 89. -American Funds Fundamental Investors-Class A (FI-A) | A | Dividend | K | T | Spinoff (from line 94) | 01/13/14 | J | | exc from MMF-A |
| 90. -American Funds Fundamental Investors-Class A (FI-A) | | | | | Spinoff (from line 98) | 03/07/14 | J | | exc from MMF-A |
| 91. -American Funds WaMu Investors Fund - Class A (WMIF-A) | E | Dividend | N | T | | | | | |
| 92. -AF Short-Term Tax-Exempt Bond Fund A (STEX-A) | A | Dividend | J | T | | | | | |
| 93. -American Funds Inv. Co. of Amer. A (ICA-A) | A | Dividend | J | T | | | | | |
| 94. -American Funds Money market Fund-A | | None | | | Distributed (part) | 01/13/14 | J | | exc to FI-A |
| 95. -American Funds Money market Fund-A | | | | | Distributed (part) | 01/13/14 | J | | exc to SCWF-A |
| 96. -American Funds Money market Fund-A | | | | | Distributed (part) | 01/13/14 | J | | exc to SCWF-A |
| 97. -American Funds Money market Fund-A | | | | | Distributed (part) | 01/13/14 | J | | exc to NEF-A |
| 98. -American Funds Money market Fund-A | | | | | Distributed (part) | 03/07/14 | J | | exc to FI-A |
| 99. -American Funds New Economy Fund-A (NEF-A) | A | Dividend | J | T | Spinoff (from line 97) | 01/13/14 | J | | exc from MMF-A |
| 100. -American Funds Smallcap World Fund-A (SCWF-A) | A | Dividend | J | T | Spinoff (from line 96) | 01/13/14 | J | | exc from MMF-A |
| 101. -Trust Bank Account (SunTrust) | B | Interest | K | T | | | | | |
| 102. BANK ACCOUNTS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -North Georgia Bank 1 | A | Interest | M | T | | | | | |
| 104. -North Georgia Bank 2 | A | Interest | J | T | | | | | |
| 105. -North Georgia Bank 3 | A | Interest | J | T | | | | | |
| 106. -North Georgia Bank 4 | A | Interest | L | T | | | | | |
| 107. -North Georgia Bank 5 | A | Interest | K | T | | | | | |
| 108. -SunTrust (MMA) | A | Interest | L | T | | | | | |
| 109. -SunTrust I | A | Interest | J | T | | | | | |
| 110. -SunTust II | A | Interest | J | T | | | | | |
| 111. -SunTrust III | A | Interest | J | T | | | | | |
| 112. -Chase | A | Interest | J | T | | | | | |
| 113. -Bank of America | A | Interest | J | T | | | | | |
| 114. TRUST BROKERAGE ACCOUNT | | | | | | | | | |
| 115. -E-Trade cash balance | A | Interest | J | T | | | | | |
| 116. -Nuveen Preferred and Conv. Income Fund | B | Dividend | K | T | | | | | |
| 117. BELL & HOWELL RETIREMENT (I) SAVINGS PLAN NO. 2 | | | | | | | | | |
| 118. -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 12/01/14 | J | | |
| 119. -Fidelity Asset Mgr (FASMX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -IShares Core S&P Total US Stock Mkt (ITOT) | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 121. BELL & HOWELL RETIREMENT (II) SAVINGS PLAN NO. 3 | | | | | | | | | |
| 122. -Fidelity Money Market (FDRXX) | A | Dividend | J | T | Distributed (part) | 12/01/14 | J | | |
| 123. -Fidelity Asset Mgr (FASMX) | A | Dividend | J | T | | | | | |
| 124. -IShares Core S&P Total US Stock Mkt (ITOT) | A | Dividend | J | T | Buy | 01/30/14 | J | | |
| 125. Fidelity JRB 641 (savings account) | | None | | | Closed | 01/30/14 | J | | |
| 126. BROKERAGE ACCT Fid IRA BDA | | | | | | | | | |
| 127. -Fidelity Govt MM | A | Dividend | J | T | Distributed (part) | 12/09/14 | J | | |
| 128. -IShares Core S&P Total US Stock Mkt ETF | A | Dividend | J | T | Buy | 08/01/14 | J | | |
| 129. -IShares Core S&P Total US Stock Mkt ETF | | | | | Buy (add'l) | 08/06/14 | J | | |
| 130. -James Balanced: Golden Rainbow Fund | A | Dividend | J | T | Buy | 08/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baverman, Alan J. | 12/27/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alan J. Baverman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544